IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00225-WYD-KLM

TRIZETTO CORPORATION

    Plaintiff/Counterclaim Defendant,

v.

AMERICAN HOSPITAL ASSOCIATION, and
HEALTH FORUM, LLC

    Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs

v.

TRIZETTO PROVIDER SOLUTIONS, LLC, and
CLAIMLOGIC, LLC,

    Third Party Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Joint Motion to Vacate and Continue Scheduling Conference and Defer Exchange of Initial Disclosures** [#34][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 31, 2014 at 10:30 a.m. is **VACATED** and **RESET** to **September 11, 2014 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **September 4, 2014**.

Dated: July 28, 2014

order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **September 4, 2014**.

Dated: July 28, 2014

order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **September 4, 2014**.

Dated: July 28, 2014