IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00225-WYD-KLM

TRIZETTO CORPORATION

    Plaintiff/Counterclaim Defendant,

v.

AMERICAN HOSPITAL ASSOCIATION, and
HEALTH FORUM, LLC

    Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs

v.

TRIZETTO PROVIDER SOLUTIONS, LLC, and
CLAIMLOGIC, LLC,

    Third Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference** [#37][1] (the "Motion"). In the Motion, the parties state that they "have settled the matter and are awaiting final execution of the agreements." *Motion* [#37] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 11, 2014 at 10:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **October 9, 2014**.

    Dated: September 9, 2014

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.